```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

TYMISHA JORDAN,                         \*

    Plaintiff,                      \*

vs.                                     \*
                                                   CASE NO. 4:08-CV-131 (CDL)

RANDOLPH COUNTY SCHOOL DISTRICT,        \*
*et al.*,
                                           \*

    Defendants.
                                              \*

## O R D E R

Plaintiff amended her Complaint with permission of Defendants to substitute "Randolph County School District" for "Randolph County Schools." The Amended Complaint appears to contain several claims that have already been dismissed by the Court, and Defendants move to dismiss those claims. Plaintiff did not file a response to the Motion to Dismiss (Doc. 42), which is granted.

First, Plaintiff's Amended Complaint includes as Defendants Randolph County Board of Education and Henry Cook in his official capacity. Those claims were dismissed on May 19, 2009. *Jordan v. Randolph County Sch.*, No. 4:08-cv-131-CDL, 2009 WL 1410082, at \*3 (M.D. Ga. May 19, 2009).

Second, Plaintiff's Amended Complaint includes a claim for punitive damages, presumably based on Plaintiff's equal protection claim. The Court previously dismissed Plaintiff's punitive damages claim against Defendant Randolph County School District. *Id.* at \*8. The Court also dismissed Plaintiff's individual capacity

claims—including any claims for punitive damages—against the individual Defendants.  *Jordan v. Randolph County Sch.*, No. 4:08-cv-131-CDL, 2009 WL 2391267, at *1 (M.D. Ga. July 31, 2009). Therefore, no punitive damages claim remains in the case.

Third, Plaintiff's Amended Complaint includes a claim for joint and several liability.  Again, the Court dismissed Plaintiff's individual capacity claims against the individual Defendants, and Plaintiff's only remaining claims are against the Randolph County School District.  The claim for joint and several liability is therefore dismissed.

IT IS SO ORDERED, this 23rd day of November, 2009.

                                         S/Clay D. Land
                                             CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE